# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| *In re* PETER SZANTO,<br><br>          Debtor.<br><br>PETER SZANTO,<br><br>          Appellant,<br><br>vs.<br><br>JP MORGAN CHASE BANK, N.A.,<br><br>          Appellee. | Bankr. No. 13-bk-51261-BTB<br><br>3:14-cv-00389-RCJ<br><br>**ORDER** |

The Court dismissed this appeal for lack of jurisdiction and also noted that the appeal was without merit. Appellant asks the Court to strike the discussion of the merits from the order.

## CONCLUSION

IT IS HEREBY ORDERED that the Motion (ECF No. 30) is DENIED.

IT IS SO ORDERED.

Dated this 30th day of April, 2015.

                                                                    ROBERT C. JONES<br>
                                                          United States District Judge